No. 94–7013.  NICHOLS v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 94–7018.  PARKER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–7022.  BALLARD v. BREEDEN.  Cir. Ct. City of Norfolk, Va.  Certiorari denied.

No. 94–7032.  HOLSTON v. GRIFFIN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 94–7033.  HOLLINGSWORTH v. BURTON, WARDEN, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 94–7038.  BRADFORD v. SAN LUIS OBISPO COUNTY, DEPARTMENT OF SOCIAL SERVICES.  Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–7042.  SHIVER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 94–7044.  WARDLAW v. BURT, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 94–7047.  GINES v. CURRAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–7048.  FAILE v. HATCHER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–7058.  MURRAY v. PENOBSCOT COUNTY DISTRICT ATTORNEY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 94–7059.  RIGNEY v. BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–7060.  CALIA v. PARKER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–7066.  DeGRIJZE v. SCHWARTZ ET AL.  C. A. 2d Cir. Certiorari denied.

No. 94–7068.  MAGHE v. CARR, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.